

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2019

No. 04-19-00648-CV

**IN THE INTEREST OF M.A., A CHILD,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00285
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order terminating appellant's parental rights. On November 20, 2019, after appellant's court-appointed counsel failed to timely file a brief or a motion for extension of time to file a brief, we abated this appeal and remanded the cause to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b); *Samaniego v. State*, 952 S.W.2d 50, 52–53 (Tex. App.—San Antonio 1997, no pet.).

On December 2, 2019, a supplemental reporter's record was filed reflecting the trial court's findings that appellant desires to prosecute this appeal and appellant's court-appointed counsel has not abandoned the appeal. In light of these findings, it is ORDERED that this appeal is REINSTATED on this court's docket.

On December 4, 2019, appellant filed her brief. The brief violates Texas Rule of Appellate Procedure 9.8(b) because the brief and the order of termination contained in the appendix to the brief do not redact the minor child's name and date of birth. The brief also violates Texas Rule of Appellate Procedure 9.4(*i*)(3) because it does not contain a certificate of compliance. It is therefore ORDERED that appellant's brief is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief remedying these deficiencies by no later than ten (10) days from the date of this order. Because appellee has been served with a copy of the brief, this order does not affect the deadline for filing the appellee's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court